**Notice of Payment of Final Mortgage Cure Amount**

08/03/2009

WELLS FARGO BANK NA
% BARCLAYS CAPITAL/HOMEQ
4837 WATT AVE #200 NORTH
HIGHLANDS CA                           95660


  Re:    MONIQUE L PARKMON
        Case #  08 B 22637
        Account # 8857
        Arrears Amount  4,408.11

According to our records the above debtor has paid the listed arrearage in full, satisfying all prepetition mortgage obligations. You are now required to treat the mortgage as reinstated and fully current unless the debtor has failed to make timely payments of postpetition obligations to you. If the debtor has failed to make timely payments of any post-petition obligations, you are required to itemize all outstanding payment obligations as of the date of this notice and file a statement of those obligations with the United States Bankruptcy Court for the Northern District of Illinois, giving notice of the same to our office, the debtor, and the attorney for the debtor within sixty (60) days of service of this notice.

**If you fail to file and serve a statement of outstanding obligations within the required time, you are required to treat the mortgage as reinstated according to its original terms, fully current as of the date of this notice.**

If you serve a statement of outstanding obligations within the required time, the debtor may (i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed with the court on notice to the holder and the standing trustee, with the court resolving the challenge as a contested matter, or (ii) propose a modified plan to provide for payment of additional amounts that the debtor acknowledges or the court determines to be due. To the extent that amounts set forth on a timely filed statement of outstanding obligations are not determined by the court to be invalid or are not paid by the debtor through a modified plan, your right to collect these amounts will be unaffected.


Tom Vaughn
Chapter 13 Trustee
200 S. Michigan Ave, Suite 1300
Chicago, Illinois 60604
(312) 294-5900
(312) 341-7168 (FAX)

SERVICE LIST

MONIQUE L PARKMON
3930 N PINE GROVE # 608
CHICAGO IL
60613

WELLS FARGO BANK NA
% BARCLAYS CAPITAL/HOMEQ
4837 WATT AVE #200 NORTH
HIGHLANDS CA
95660

BENJAMIN LEGAL SERVICES
343 W ERIE ST # 320
CHICAGO IL

60610-4035

HSBC MORTGAGE SERVICES
PO BOX 21188
EAGAN MN

551214201